UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5667**

Case Title: **Julick** vs. **Jordan et al.**

List all clients you represent in this appeal:

**Jacob Julick**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jim Davy**    Signature: s/ **Jim Davy**

Firm Name: **All Rise Trial & Appellate**

Business Address: **PO Box 15216**

City/State/Zip: **Philadelphia, PA 19125**

Telephone Number (Area Code): **(215) 792-3579**

Email Address: **jimdavy@allriselaw.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.