No. 25-5667

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Jacob Julick,

    *Plaintiff-Appellant,*

v.

Scott Jordan, et al.

    *Defendants-Appellees.*

Appeal from the United States District Court
for the Western District of Kentucky
Case No. 5:23-CV-51
The Honorable Joseph H. McKinley, Jr.

DEFENDANTS – APPELLEES'
UNOPPOSED MOTION FOR EXTENSION

    Mark F. Bizzell
    JUSTICE AND PUBLIC SAFETY CABINET
    OFFICE OF LEGAL SERVICES
    125 HOLMES STREET, 2ND FLOOR
    FRANKFORT, KY 40601
    502-782-1097
    mark.bizzell@ky.gov

*Counsel for Defendants-Appellees*

Defendants - Appellees Scott Jordan, Jason Denney, Dylan Bond and Sasha Villasenor, by and through undersigned counsel, respectfully request a 14-day extension of time, up to and including March 30, 2026, to file their response brief in the above-captioned case. In support of this motion, Appellees state as follows:

1. On February 13, 2026, the Court issued its Scheduling Letter [DN 22] setting the response brief deadline as March 16, 2026. Undersigned counsel represents to the Court that additional time is required to conduct the legal analysis necessary to assist this Court in properly resolving the appeal.

2. A 14-day extension is necessary due to the complexity of the issues raised and because undersigned counsel has numerous competing responsibilities in the relevant time period around the current deadlines. These include:

- An reply to plaintiff's response to defendant's motion to dismiss in *Risner et al. v. Estate of Ramirez*, et al., Oldham Circuit Court, Case No. 25-CI-379, due on March 6, 2026..

- Preparation for an evidentiary hearing on April 6, 2026 in *Morris v. Kentucky Dept. of Corrections,* Kentucky Personnel Bd. Appeal No. 2024-144.

- A discovery response in *Ferguson v. Valentine,* Case No. 3:24-CV-406-JHM, U.S. District Court, Western District of Kentucky due on February 27, 2026.

- A discovery response in *Grider v. Crews, et al*., Case NO. 5:23-CV-132,

- U.S. District Court, Western District of Kentucky due on February 27, 2026.

- A discovery response in *Cissell v. Valentine, et al.*, Case No. 3:22-CV-128-JHM, U.S. District Court, Western District of Kentucky due on March 2, 2026.

- Conduct depositions in *Turner v. Long et al.*, Case No. 3:20-CV-813, U.S. District Court, Western District of Kentucky from February 23-26, 2026.

- Prepare for and attend six (6) pre-hearing conferences regarding appeals pending before the Kentucky Personnel Board.

3.  Further, undersigned counsel entered into this case after the dispositive motion stage and requires additional time to review the record to properly represent the Appellees.

4.  This is Appellees' first motion for an extension of time in which to file Appellees' response brief since the Court issued its scheduling letter. Appellant does not bring this motion for purposes of delay and is working in good faith and as diligently as possible to complete this matter.

5.  Finally, Appellant does not oppose this motion.

WHEREFORE, Defendants-Appellees respectfully request a 14-day extension of time, up to and including March 30, 2026, to file his brief.

Dated: February 25, 2026.

Respectfully Submitted,

/s/ Mark F. Bizzell

Mark F. Bizzell
JUSTICE AND PUBLIC SAFETY CABINET
OFFICE OF LEGAL SERVICES
125 HOLMES STREET, 2ND FLOOR
FRANKFORT, KY 40601
502-782-1097
mark.bizzell@ky.gov

Defendants- Appellees

CERTIFICATE OF COMPLIANCE

I hereby certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 587 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 and Times New Roman 14-point font.

*/s/ Mark F. Bizzell*
Mark F. Bizzell