# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

——————————

No. 25-5667

——————————

JACOB JULICK,

Appellant

v.

SCOTT JORDAN, ET AL.,
Appellees

——————————

On Appeal from the United States District Court
for the Western District of Kentucky
(D.C. No. 5:23-cv-51)
District Judge: Hon. Joseph H. McKinley, Jr.

———————————————————————————

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE REPLY BRIEF

**Jacob Julick** ("Appellant"), by and through undersigned counsel, hereby respectfully petitions this Honorable Court to extend the deadline for the Appellant to file his Reply Brief until May 11, 2026. The current deadline for the Reply Brief is February 18, 2026.

In support of that request, Appellant notes the following:

1. Appellant filed his Opening Brief on December 4, 2025;
2. After a delay while the Court considered Mr. Julick's IFP status, and a subsequent (unopposed) long extension, Appellees filed their Response Brief on March 30, 2026;
3. Appellant is represented by the Boston University Appellate Clinic;
4. As part of the Clinic's work on Mr. Julick's behalf, students have primary responsibility for researching and drafting briefs, under close attorney supervision;

5. Such drafting, including incorporating several rounds of feedback and revision, requires more time than the presumptive three weeks for reply briefs under applicable rules;
6. Supervising counsel has or is supervising an amicus brief due April 27, a supplemental brief due April 28, and an oral argument at the Tenth Circuit on April 30;
7. Counsel has consulted with Appellees' counsel, who appreciates this and consents to a modest extension reflecting the clinical context;
8. In light of the foregoing, undersigned counsel requests an enlargement of time of 21 days, to May 11, 2026;
9. This is the first request for an extension of time, and Appellant does not anticipate asking for an additional extension;

In light of Appellees' consent, and the lack of prejudice occasioned by this extension, counsel respectfully requests the extension described above. Counsel appreciates the consideration of both Appellees' counsel and the Court.

Respectfully submitted,

/s/ Jim Davy
Jim Davy[1]
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

Date: April 13, 2026

---

[1] Jim Davy is temporarily supervising the Boston University Appellate Clinic as a Visiting Lecturer for the 2026 Spring Semester. He otherwise maintains an active practice of law before this Court and other U.S. Courts of Appeals. If it is possible, in this case only, for him to use a different counsel block without that affecting his appearances across other cases before the Court, he would use this:

Jim Davy
BOSTON UNIVERSITY
  APPELLATE CLINIC
765 Commonwealth Ave.,
  Suite 1304
Boston, MA 02115
(617) 835-0884
jimdavy@bu.edu

## CERTIFICATE OF SERVICE

I, Jim Davy, certify that on April 13, 2026, I caused a copy of this Unopposed Moton to Extend Time to be filed with the Clerk of Court and served on all counsel of record using the *CM/ECF* system.

Respectfully submitted,

/s/ Jim Davy
Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

Dated: April 13, 2026