**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 14, 2026

Mr. Mark F. Bizzell

Mr. James Patrick Davy

Mr. Peter F. Ervin

Ms. Madeline Hennie Meth

    Re:  Case No. 25-5667
       *Jacob Julick v. Scott Jordan, et al*
       Originating Case No. 5:23-cv-00051

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **May 11, 2026**.

    **NOTE: Further extensions of time are unlikely to be granted.**

                  Sincerely yours,

                  Appeal Case Manager: Virginia
                  Direct Dial No. 513-564-7032