**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 17, 2026

Mr. Mark F. Bizzell
Kentucky Justice & Public Safety Cabinet
125 Holmes Street, Second Floor
Frankfort, KY 40601

Mr. James Patrick Davy
Law Office
P.O. Box 15216
Philadelphia, PA 19125

Re: Case No. 25-5667, *Jacob Julick v. Scott Jordan, et al*
Time Change of Oral Argument -- Thursday, July 23, 2026

Dear Counsel,

The time scheduled for oral argument in the above-referenced cases has been changed. Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, in Cincinnati, Ohio on Thursday, July 23, 2026 no later than 8:00 a.m. Court will convene promptly at 8:30 a.m.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc: Mr. Peter F. Ervin
Ms. Madeline Hennie Meth