# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25-5667

2. Case Caption (Short Title): Jacob Julick v. Scott Jordan, et al

3. Argument is scheduled for _8:30 a.m._ *(time)* on _July 23, 2026_ *(day, date)* and will be held:

☑ Live (In Person)  ☐ by Video  ☐ by Telephone

4. I, Mark F. Bizzell , will be presenting argument on behalf of:

☐ Appellant / Petitioner  ☐ Amicus Curiae  ☐ Other (please specify below):

☑ Appellee / Respondent  ☐ Intervenor  _____

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

Scott Jordan, Jason Denny, Lauren Massey, Dylan Bond, Sasha Promozich Villasenor

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: _____
B. Total number of minutes (in whole minutes only) to be shared: _____
C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____
D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*

Case: 25-5667   Document: 31   Filed: 06/17/2026   Page: 1