UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-5667**

Case Title: **Jacob Julick** vs. **Scott Jordan, et al.**

List all clients you represent in this appeal:

**Jacob Julick**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor         (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kathleen Pleiss**          Signature: s/ **Kathleen Pleiss**

Firm Name: **Roderick & Solange MacArthur Justice Center**

Business Address: **501 H Street NE, Suite 275**

City/State/Zip: **Washington, D.C. 20002**

Telephone Number (Area Code): **202-869-3434**

Email Address: **katie.pleiss@macarthurjustice.org**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17