**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

---

JACOB JULICK,

*Plaintiff-Appellant,*

v.

SCOTT JORDAN, ET AL,

*Defendants-Appellees.*

No. 25-5667

---

**MOTION TO WITHDRAW AS COUNSEL**

COME NOW undersigned counsel, Kathleen Pleiss, respectfully moves to withdraw as counsel for Plaintiff-Appellant in the above-captioned matter. Undersigned counsel will no longer be employed with the Roderick & Solange MacArthur Justice Center as of July 28, 2026. Plaintiff will continue to be represented by counsel with appearances currently entered in this case.

1

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion together with any such other and further relief this Court deems just and proper under these circumstances.

Dated: July 27, 2026                    Respectfully submitted,

                                        /s/ Kathleen Pleiss

                                        Kathleen Pleiss
                                        Roderick & Solange
                                         MacArthur Justice Center
                                        501 H Street NE, Suite 275
                                        Washington, DC 20002
                                        (202) 869-3434
                                        katie.pleiss@macarthurjustice.org

                                        *Attorney for Plaintiff-Appellant*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 84 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Century Schoolbook 14-point font.

*/s/ Kathleen Pleiss*
Kathleen Pleiss

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Kathleen Pleiss*
Kathleen Pleiss