Case No. 25-5667

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

JACOB JULICK

      Plaintiff - Appellant

v.

SCOTT JORDAN; JASON DENNY, Captain/Officer, Kentucky State Penitentiary; LAUREN MASSEY, Unit Administrator, Kentucky State Penitentiary; DYLAN BOND, Officer, Kentucky State Penitentiary; DELVIN NIELSEN, Officer, Kentucky State Penitentiary; SASHA PROMOZICH VILLASENOR, in their individual and official capacities

      Defendants - Appellees

Upon consideration of the motion of Kathleen Pleiss to withdraw as counsel for the appellant/petitioner,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: July 28, 2026