**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 21, 2026

Mr. Mark F. Bizzell
Kentucky Justice & Public Safety Cabinet
125 Holmes Street
Second Floor
Frankfort, KY 40601

Mr. James Patrick Davy
Law Office
P.O. Box 15216
Philadelphia, PA 19125

Mr. Peter F. Ervin
Kaplan, Johnson, Abate & Bird
471 W. Main Street
Suite 203
Louisville, KY 40202

Ms. Madeline Hennie Meth
Boston University Civil Litigation and Justice Clinic
765 Commonwealth Avenue
Suite 1304
Boston, MA 02215

Ms. Ellen L. Noble
Roderick & Solange MacArthur Justice Center
501 H Street, N.E.
Suite 275
Washington, DC 20002

Re: Case No. 25-5667, *Jacob Julick v. Scott Jordan, et al*
Originating Case No. 5:23-cv-00051

Dear Counsel,

The Court issued the enclosed opinion today in this case.

Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Mr. James J. Vilt Jr.

Enclosures

Mandate to issue