**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 14, 2026

Mr. James J. Vilt Jr.
Western District of Kentucky at Paducah
501 Broadway
Suite 127
Paducah, KY 42001-6866

Re: Case No. 25-5667
*Jacob Julick v. Scott Jordan, et al*
Originating Case No. 5:23-cv-00051

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Avery Cook-Porter, Clerical Intern
Appeal Case Manager: Virginia

cc: Mr. Mark F. Bizzell
Mr. James Patrick Davy
Mr. Peter F. Ervin
Ms. Madeline Hennie Meth
Ms. Ellen L. Noble

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 25-5667

Filed: September 14, 2026

JACOB JULICK

Plaintiff - Appellant

v.

SCOTT JORDAN; JASON DENNY, Captain/Officer, Kentucky State Penitentiary; LAUREN MASSEY, Unit Administrator, Kentucky State Penitentiary; DYLAN BOND, Officer, Kentucky State Penitentiary; DELVIN NIELSEN, Officer, Kentucky State Penitentiary; SASHA PROMOZICH VILLASENOR, in their individual and official capacities

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 08/21/2026 the mandate for this case hereby issues today.

COSTS: None