No. 25-5667

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 28, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| JACOB JULICK, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT JORDAN, et al., | ) | |
| | ) | |
| Defendant-Appellees. | ) | |

Before: KETHLEDGE, Chief Judge; NALBANDIAN and HERMANDORFER, Circuit Judges.

During the pendency of this appeal, we directed the defendants to show cause as to why the district court's seal of the video evidence in this case met our precedents' demanding requirements. Meanwhile, on August 21, 2026, we affirmed the district court's grant of summary judgment to the defendants. The mandate issued on September 14.

That leaves us without jurisdiction over this case, including as to whether to vacate the seal. *See Calderon v. Thompson*, 523 U.S. 538, 549–50 (1998). We therefore do not decide that question in this order. The plaintiffs remain free to file a motion on this issue in the district court. *See Grae v. Corrections Corp. of Am.*, 134 F.4th 927, 931–32 (6th Cir. 2025).

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk